IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:14-CV-00412-RJC-DSC

| | |
|---|---|
| PUSHPAY IP LIMITED and PUSHPAY HOLDINGS LIMITED, <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> JUST PUSH PAY, LLC <br><br> Defendant and Counter-Plaintiff. | ORDER |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Robert A. Weikert]" (document #17). For the reasons stated therein, the Motion is <u>granted</u>.

**SO ORDERED**.

_____
David S. Cayer
United States Magistrate Judge